IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT PETROSUS,

      Appellant,

v.

B R FOODS, INC./ZENITH
INSURANCE,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3966

Opinion filed June 1, 2017.

An appeal from an order of Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident:  January 14, 2015.

E. Taylor Davidson of DDBLAW, P.A., Lakeland, for Appellant.

Thomas F. Scully, Sarasota, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., CONCUR.